IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                      No. CIV S-08-2685 FCD GGH

  vs.

MATHEW VALENCIA, et al.,

    Defendants.                     ORDER
_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on May 14, 2009. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The May 14, 2009 hearing on the motion for default judgment, filed March 6, 2009, is vacated; and

        2. The motion is submitted on the record.

DATED: May 6, 2009        /s/ Gregory G. Hollows
                                            U. S. MAGISTRATE JUDGE

GGH:076:Johnson2685.vac.wpd